

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-90,006-01 AND WR-90,006-02

### IN RE BRIANA NICOLE ADAMES, Relator

## ON APPLICATIONS FOR WRITS OF MANDAMUS AND PROHIBITION
## CAUSE NO. 19-0945CR IN THE COUNTY COURT AT LAW NO. 1
## FROM HAYS COUNTY

*Per curiam.*

## O R D E R

Relator has filed motions for leave to file writs of mandamus and prohibition pursuant to the original jurisdiction of this Court. In them, she contends that her appellate attorney has attempted to file various documents necessary to her appeal, including notice of appeal, notice of appearance, and a request for preparation of the clerk's record for appeal in the County Court at Law No. 1 of Hays County. Relator alleges that Respondent, the Hays County Clerk, refuses to file the documents unless Relator first pays a fee.

In these circumstances, additional facts are needed. Respondent, the County Clerk of Hays County, is ordered to file a response stating whether Relator has attempted to file documents with

the Hays County Clerk, and whether the Clerk is requiring payment of fees before filing such documents. If the Clerk is requiring payment of fees as a condition of filing documents pertaining to Relator's appeal, the Clerk shall state what those fees are and shall provide the legal basis authorizing the collection of such fees in a criminal matter. These applications for leave to file writs of mandamus and prohibition shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: July 3, 2019
Do not publish